UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA LAZO COLON,

Plaintiff,

-vs-                                                                            Case No. 6:07-cv-942-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The decision of the Commissioner is AFFIRMED and the Clerk of the Court shall enter judgment accordingly and CLOSE the case.

It is SO ORDERED in Orlando, Florida, this _20_ day of August, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge